## STATE OF CONNECTICUT *v.* NEMIAH ALLEN

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 902 (AC 31488), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided September 8, 2010

## STATE OF CONNECTICUT *v.* BRUSHAUN THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 20 (AC 29306), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the impropriety in the jury instruction for larceny in the first degree was harmless beyond a reasonable doubt?"

NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18670.

*Jodi Zils Gagne*, special public defender, in support of the petition.

Decided September 8, 2010

## PATRICIA GIACALONE *v.* HOUSING AUTHORITY OF THE TOWN OF WALLINGFORD

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 120 (AC 30777), is granted, limited to the following issue: